Certificate Number: 05781-NV-DE-041543467

Bankruptcy Case Number: 26-14643

05781-NV-DE-041543467

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2026, at 5:27 o'clock PM PDT, Denisa Cullom completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Nevada.

Date: October 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President